Case 4:25-cv-00133   Document 12   Filed on 04/16/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:25-CV-00133 |
| EL AHORRO PROPERTIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed April 16, 2025, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, EL AHORRO PROPERTIES, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on April 16, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE